IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02158-AP

SYLVESTER E. BLATTENBAUER,

Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

### 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

For Plaintiff:
Gordon F. Esplin
P.O. Box 1067
155 East Boardwalk, Suite 400
Fort Collins, CO 80522-1067
Telephone (970) 484-2685
E-mail: gordon.esplin@gmail.com

For Defendant:

JOHN F. WALSH
United States Attorney

J.B. GARCÍA
Assistant United States Attorney
District of Colorado

Stephanie Lynn F. Kiley
Special Assistant United States Attorney
1001 Seventeenth Street, Sixth Floor
Denver, Colorado 80202
303-844-0815
303-844-0770 Facsimile
stephanie.kiley@ssa.gov

### 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

**A. Date Complaint Was Filed:** August 15, 2012

**B. Date Complaint Was Served on U.S. Attorney's Office:** August 20, 2012

**C. Date Answer and Administrative Record Were Filed:** October 19, 2012

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

Counsel for Plaintiff has filed a motion to supplement the record or remand for additional evidence.

To the best of her knowledge, Counsel for Defendant states that the record is complete and accurate. The evidence relevant to this case is limited to the transcript filed by the Defendant as required by 42 U.S.C. § 405(g). Counsel for Defendant intends to respond to Plaintiff's motion in a separate pleading.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

Counsel for Plaintiff has filed a motion to supplement the record or remand for additional evidence.

Counsel for Defendant states that the decision at issue was based on the evidence before the administrative law judge and that the only evidence relevant to this case is limited to the evidence in the transcript filed by the Defendant pursuant to 42 U.S.C. § 405(g).

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**Counsel for Plaintiff states:** To the best of his knowledge, this case does not involve unusual claims or defenses.

**Counsel for Defendant states:** To the best of her knowledge, this case does not involve unusual claims or defenses.

**7. OTHER MATTERS**

There are no other matters anticipated.

**8. BRIEFING SCHEDULE**

The parties respectfully request the following briefing schedule, which (due to Defendant's briefing schedule), is outside of the standard timeframe:

| | |
|---|---|
| **A.  Plaintiffs Opening Brief Due:** | December 27, 2012 |
| **B.  Defendant's Response Brief Due:** | January 28, 2013 |
| **C.  Plaintiffs Reply Brief (If Any) Due:** | February 12, 2013 |

**9. STATEMENTS REGARDING ORAL ARGUMENT**

**A.  Plaintiffs Statement:**

   Plaintiff does not request oral argument.

**B.  Defendant's Statement:**

   Defendant does not request oral argument

**10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.  OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 8th day of November, 2012.

                                              BY THE COURT:

                                              *s/John L. Kane*

                                              U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| /s/ Gordon F. Esplin<br>Gordon F. Esplin<br>P.O. Box 1067<br>155 East Boardwalk, Suite 400<br>Fort Collins, CO 80522-1067<br>Phone: 970-484-2685<br>Fax: 970-484-8414<br>gordon.esplin@gmail.com | JAMES F. WALSH<br>United States Attorney<br><br>J.B. GARCÍA<br>Assistant United States Attorney<br>District of Colorado<br><br>/s/ Stephanie Lynn F. Kiley<br>Stephanie Lynn F. Kiley<br>Assistant Regional Counsel<br>1001 Seventeenth Street, Sixth Floor<br>Denver, Colorado  80202<br>Telephone:  (303) 844-0815<br>stephanie.Kiley@ssa.gov<br><br>Attorneys for Defendant. |