**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-2158-WJM

SYLVESTER E. BLATTENBAUER,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security

    Defendant.

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEY
FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT
AND FOR COSTS UNDER THE JUDGMENT FUND**

---

    This matter comes before the Court on the Plaintiff's Unopposed Verified Motion for Attorney Fees Under the Equal Access to Justice Act (EAJA) and For Costs Under the Judgment Fund, filed September 12, 2013, (ECF No. 24). The Court being fully advised hereby ORDERS as follows:

    The Plaintiff's Unopposed Motion is GRANTED.

    Judgement has entered in favor of Sylvester E. Blattenbauer and against Carolyn W. Colvin, Acting Commissioner of Social Security (ECF No. 23), in the amount of $6,000.00 for Attorney fees under the EAJA, 28 U.S.C. 2412(d)(B) and $369.80 for costs under the Judgment Fund, 31 U.S.C. § 1304 for a total judgment of $6,369.80.

    It is FURTHER ORDERED that if, after receiving the Court's EAJA Order, the Commissioner (1) determines that Plaintiff does not owe a debt that is subject offset under the Treasury Offset Program; and (2) agrees to waive the requirements of the

Anti-Assignment Act, the EAJA fees will be made payable to Plaintiff's attorney. However, if there is a debt owed under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney.

Dated this 16th day of September, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge